# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              NO.  4:06CR00103-001 SWW

LATRELL DONTA BOYD

## ORDER

This matter came on for hearing upon defendant's oral motion for release from incarceration pending sentencing.  In open Court, defendant requested a continuance of the hearing in order to determine if his mother's home would be a suitable place for defendant to be released to third-party custody and home incarceration with electronic monitoring. The Court found defendant's request for a continuance should be granted.

IT IS THEREFORE ORDERED that defendant's motion to continue his detention hearing is granted, and defendant will remain in the custody of the United States Marshal pending a new hearing date.

A new hearing date will be scheduled once the U. S. Probation Office has completed a visit to the home of defendant's mother to determine whether there is a telephone line and whether defendant could be incarcerated at home with electronic monitoring and once defense counsel has had an opportunity to visit with defendant's family to see what plan can be presented to the Court for defendant's release.

The U. S. Probation Office and defense counsel should notify the Court once the above has been completed, and the detention hearing will be rescheduled.

IT IS SO ORDERED this 26th day of October, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE